IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. $20,960.00 in U.S. Currency, Defendant. | CV 19-14-BLG-SPW<br><br>CLERK'S ENTRY OF DEFAULT OF KNOWN POTENTIAL CLAIMANTS, ALESSANDRIA HUGUEZ AND MATHEW ANDERSON. |
|---|---|

The undersigned has reviewed the United States' Motion for Entry of Default of Known Potential Claimants (doc. 7), the Declaration of Assistant U.S. Attorney Victoria L. Francis (doc. 8), and other pleadings filed in this case.

In accordance with Fed. R. Civ. P. 55(a) and Supplemental Rules A(2) and G(5), the undersigned does hereby enter the default of known potential claimants, Alessandria Huguez and Mathew Anderson, for failure to timely file a verified claim and/or to answer or otherwise defend as required by Supplemental Rule G(5)(a) and (b).

Dated this 22nd day of March, 2019.

Tyler P. Gilman
Clerk of U.S. District Court

E. Hamnes
By: Deputy Clerk