UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$20,960.00 IN U.S. CURRENCY,<br><br>Defendant. | Case No. CV-19-14 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendant as stated in the Court's Order E.C.F. 15, which was entered on April 23, 2019.

Dated this 26th day of April 2019.

                 TYLER P. GILMAN, CLERK

                 By: /s/ E.Hamnes
                 E.Hamnes, Deputy Clerk